# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1341, A17A1342.  NICK H. H. STEWART v. CATERPILLAR, INC. et al.**

Nick H. H. Stewart filed a complaint against 18 defendants.  In June 2016, the trial court entered separate orders dismissing the complaint as to seven defendants. Stewart filed a notice of appeal to the Supreme Court, which transferred the matter here.  That appeal has been docketed here as Case No. A17A1341.  In September 2016, the trial court entered a single order dismissing the complaint as to nine defendants.  Stewart filed another notice of appeal to the Supreme Court, which transferred the matter here.  That appeal has been docketed here as Case No. A17A1342.  We lack jurisdiction in both cases.

In cases involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment.  See *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015).  "In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b)." *Johnson v. Hosp. Corp. of Am.*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (citation and punctuation omitted).  Where neither of these code sections is followed, the appeal is premature and must be dismissed.  Id.

Here, the trial court's dismissal orders did not address Stewart's claims against two defendants, Caterpillar Leicester, U. K., Ltd. and J. P. Morgan Chase, and thus they were not final orders.  Moreover, the trial court did not direct the entry of final judgment in accordance with OCGA § 9-11-54 (b).  Under these circumstances, Stewart could appeal the orders only by following the interlocutory appeal procedure

set forth in OCGA § 5-6-34 (b).  See *Johnson*, supra.  His failure to follow that procedure deprives us of jurisdiction over these direct appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/30/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*